AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | | |
|---|---|---|
| STEVEN A. OREBAUGH, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:12-cv-00335-REP |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bank of America, N.A.

Date:    07/30/2012

*Attorney's signature*

Brian E. Pumphrey (VSB No. 47312)
*Printed name and bar number*

MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
*Address*

bpumphrey@mcguirewoods.com
*E-mail address*

(804) 775-1000
*Telephone number*

(804) 775-1061
*FAX number*

## CERTIFICATE OF SERVICE

I certify that on August 1, 2012, I electronically filed the foregoing with the Clerk of this

Court using the CM/ECF system, which will send notification of such filing (NEF) to the

following:

> Kristi C. Kelly (VSB # 72791)
> Andrew J. Guzzo (VSB # 82170)
> SUROVELL, ISAACS, PETERSEN & LEVY, PLC
> 4010 University Drive, Second Floor
> Fairfax, Virginia 22030
>
> Leonard A. Bennett (VSB # 37523)
> Susan M. Rotkis (VSB # 40693)
> CONSUMER LITIGATION ASSOCIATES, P.C.
> 12515 Warwick Boulevard, Suite 100
> Newport News, Virginia 23606

        /s/ Brian E. Pumphrey