## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| STEVEN A. OREBAUGH, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:12-cv-00335-REP |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, | ) | |
| INC., et al., | ) | |
| | ) | |
| *Defendants*. | ) | |
| _____ | ) | |

### DEFENDANT BANK OF AMERICA, N.A.'S
### CONSENT TO REFERRAL TO A MAGISTRATE JUDGE

Defendant Bank of America, N.A. ("BANA"), by counsel, and pursuant to this Court's Order requesting that the parties confer with their respective clients and each other regarding the referral of this case to a Magistrate Judge, states that BANA consents to the referral of this case to a Magistrate Judge. Counsel for all parties convened a telephone conference on August 3, 2012 whereby counsel for BANA informed all parties of BANA's consent to a Magistrate Judge.

Dated: August 3, 2012                    Respectfully submitted,

                                         **BANK OF AMERICA, N.A.**


                                         By:   /s/ Jeffrey D. McMahan, Jr.

Brian E. Pumphrey (VSB No. 47312)
Jeffrey D. McMahan, Jr. (VSB No. 77067)
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Phone: (804) 775-1000
Fax: (804) 775-1061
bpumphrey@mcguirewoods.com
jmcmahan@mcguirewoods.com

Robert W. McFarland (VSB No. 24021)
MCGUIREWOODS LLP
9000 World Trade Center
Norfolk, Virginia 23510
Phone: (757) 640-3716
Fax: (757) 640-3966
rmcfarland@mcguirewoods.com

*Counsel for Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I certify that on August 3, 2012, I electronically filed the foregoing with the Clerk of this

Court using the CM/ECF system, which will send notification of such filing (NEF) to the

following:

> Kristi C. Kelly (VSB # 72791)
> Andrew J. Guzzo (VSB # 82170)
> SUROVELL, ISAACS, PETERSEN & LEVY, PLC
> 4010 University Drive, Second Floor
> Fairfax, Virginia 22030
>
> Leonard A. Bennett (VSB # 37523)
> Susan M. Rotkis (VSB # 40693)
> CONSUMER LITIGATION ASSOCIATES, P.C.
> 12515 Warwick Boulevard, Suite 100
> Newport News, Virginia 23606

                          /s/ Jeffrey D. McMahan, Jr.