IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| STEVEN A. OREBAUGH, et al.     ) | |
|                        Plaintiffs,     ) | |
|             v.     ) | Civil Action No. 3:12-cv-335 |
| )  | |
| EXPERIAN INFORMATION     ) | |
| SOLUTIONS, INC., et al.     ) | |
|                    Defendants.  ) | |

**PLAINTIFFS DO NOT CONSENT TO REFERRAL TO A MAGISTRATE JUDGE**

Plaintiffs STEVEN A. OREBAUGH and ELIZABETH E. OREBAUGH ("Mr. and Mrs. Orebaugh"), by counsel, and pursuant to this Court's Order requesting that the parties confer with their respective clients and each other regarding the referral of this case to a Magistrate Judge, states that Mr. and Mrs. Orebaugh do not consent to the referral of this case to a Magistrate Judge. Counsel for all parties convened a telephone conference on August 3, 2012, whereby counsel for Mr. and Mrs. Orebaugh informed all parties that Plaintiffs do not consent to a Magistrate Judge.

Dated:  August 7, 2012

Respectfully submitted,

STEVEN A. OREBAUGH, ET AL.

_____/s/_____

Kristi Cahoon Kelly, Esq. (VSB #72791)
Andrew J. Guzzo, Esq. (VSB #82170)
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
Phone: 703-277-9774
Fax: 703-591-9285
Email: kkelly@siplfirm.com
Email: aguzzo@siplfirm.com

        Leonard Anthony Bennett, Esq. (VSB #37523)
        Susan M. Rotkis, Esq. (VSB #40693)
        Consumer Litigation Associates
        763 J Clyde Morris Boulevard, Suite 1A
        Newport News, VA 23601
        757-930-3660
        Fax: 757-930-3662
        Email: lenbennett@clalegal.com
        Email: srotkis@clalegal.com
        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th of August 2012 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

        Brian E. Pumphrey (VSB #47312)
        Jeffrey D. McMahan, Jr. (VSB #77067)
        McGuireWoods, LLP
        One James Center
        901 East Cary Street
        Richmond, VA 23219
        Phone: (804) 775-1000
        Fax: (804) 775-1061
        bpumphrey@mcguirewoods.com
        jmcmahan@mcguirewoods.com

        Robert W. McFarland (VSB #24021)
        McGuireWoods, LLP
        9000 World Trade Center
        Norfolk, VA 23510
        Phone: (757) 640-3716
        Fax: (757) 640-3966
        mcfarland@mcguirewoods.com
        *Counsel for Bank of America, N.A.*

        Michael Robert Ward (VSB #41133)
        Morris & Morris, PC
        11 South 12th Street, 5th Floor
        PO Box 30
        Richmond, VA 23218
        Phone: (804) 344-8300
        Fax: (804) 344-8359
        Email: mward@morrismorris.com

*Counsel for Trans Union, LLC*

John Willard Montgomery, Jr. (VSB #37149)
Montgomery & Simpson. LLP
2116 Dabney Rd., Suite A-1
Richmond, Va 23230
Phone: (804) 355-8744
Email: jmontgomery@jwm-law.com
*Counsel for Equifax Information Services, LLC*

David N. Anthony, Esq. (VSB #31696)
Troutman Sanders, LLP
1001 Haxall Point
Richmond, VA 23219
Phone: (804) 697-5410
Fax: (804) 698-5118
Email: david.anthony@troutmansanders.com
*Counsel for Experian Information Solutions, Inc.*

       /s/
Kristi Cahoon Kelly, Esq. (VSB #72791)
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
Phone: 703-277-9774
Fax: 703-591-9285
Email: kkelly@siplfirm.com
*Counsel for Plaintiff*