IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

STEVEN A. OREBAUGH,
and ELIZABETH E. OREBAUGH,

    Plaintiffs,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC,
EQUIFAX INFORMATION SERVICES, LLC,
and BANK OF AMERICA, N.A.,

    Defendants.

Civil Action No.  3:12-cv-335 (REP)

## DEFENDANT TRANS UNION LLC'S
## CONSENT TO REFERRAL TO A MAGISTRATE JUDGE

Defendant Trans Union LLC ("Trans Union"), by counsel, and pursuant to this Court's Order requesting that the parties confer with their respective clients and each other regarding the referral of this case to a Magistrate Judge, states that counsel for Trans Union conferred with its client and counsel for all parties regarding this Court's Order on August 3, 2012, and Trans Union consents to the referral of this case to a Magistrate Judge.

    TRANS UNION LLC

    /s/ _____
    Michael R. Ward
    Virginia bar number 41133
    Attorney for Trans Union LLC
    Morris & Morris, P.C.
    P.O. Box 30
    Richmond, VA 23218-0030
    Phone:  (804) 344-8300
    Fax:  (804) 344-8539
    mward@morrismorris.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of August, 2012, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

Leonard Anthony Bennett
lenbennett@cox.net
Susan M. Rotkis
srotkis@clalegal.com
Consumer Litigation Associates, PC
763 J. Clyde Morris Blvd., Ste. 1A
Newport News, VA 23601
(757) 930-3660
(757) 930-3662 Fax
 And
Kristi Cahoon Kelly
kkelly@siplfirm.com
Andrew J. Guzzo
aguzzo@siplfirm.com
Surovell Isaacs Petersen & Levy PLC
4010 University Dr., Second Floor
Fairfax, VA 22030
(703) 251-5400
(703) 541-9205 Fax
*Counsel for Plaintiff*

Brian E. Pumphrey
bpumphrey@mcguirewoods.com
Jeffrey D. McMahan, Jr.
jmcmahan@mcguirewoods.com
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Phone: (804) 775-1000
Fax: (804) 775-1061
 and
Robert W. McFarland
rmcfarland@mcguirewoods.com
MCGUIREWOODS LLP
9000 World Trade Center
Norfolk, Virginia 23510
Phone: (757) 640-3716
Fax: (757) 640-3966
*Counsel for Bank of America, N.A.*

David Neal Anthony
david.anthony@troutmansanders.com
Troutman Sanders LLP
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
804-697-5410
Fax: 804-698-5118
 and
Matthew Robert Jolson
mrjolson@jonesday.com
Jones Day (OH-NA)
PO Box 165017
Columbus, OH 43216-5017
(614) 281-3892
Fax: (614) 461-4198
*Counsel for Experian Information Solutions, Inc.*

John Willard Montgomery , Jr.
Montgomery & Simpson, LLLP
jmontgomery@jwm-law.com
2116 Dabney Rd., Suite A-1
Richmond, VA 23230
(804) 355-8744
*Counsel for Equifax Information Services, LLC*

I further certify that I will cause a copy of the foregoing filing and corresponding NEF by electronic mail on the following non-filing user: None.

/s/ _____
Michael R. Ward
Virginia bar number 41133
Attorney for Trans Union LLC
Morris & Morris, P.C.
P.O. Box 30
Richmond, VA 23218-0030
Phone:  (804) 344-8300
Fax:  (804) 344-8539
mward@morrismorris.com