IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**STEVEN A. OREBAUGH,** *et al.*,

    Plaintiffs,

v.                                     Civil Action No.: 3:12-cv-00335-REP

**EXPERIAN INFORMATION SOLUTIONS, INC.,** *et al.*,

    Defendants.

## STATEMENT RESPECTING CONSENT

Defendant, Experian Information Solutions, Inc. ("Experian"), by counsel, hereby provides this Statement Respecting Consent as requested by the Order entered by the Court on August 2, 2012 that he has conferred with his client and with counsel for the other parties to determine whether the parties will consent to assignment of this case to a Magistrate Judge as the presiding judicial officer. Experian hereby provides notice that it consents to proceed before a Magistrate Judge in this action.

                                                        **EXPERIAN INFORMATION SOLUTIONS, INC.**

                                                        By:/s/ David N. Anthony
                                                            David N. Anthony, Esq.
                                                             Virginia State Bar No. 31696
                                                            *Attorney for Defendant Experian Information*
                                                                *Solutions, Inc.*
                                                            TROUTMAN SANDERS, LLP
                                                           1001 Haxall Point
                                                           Richmond, Virginia 23219
                                                           Telephone: (804) 697-5410
                                                          Facsimile: (804) 698-5118
                                                          E-mail: david.anthony@troutmansanders.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of August, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will provide notice to all parties.

Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Dr., Suite 200
Fairfax, VA 22030
Telephone: 703-277-9774
Facsimile: 703-591-9285
Email: kkelly@siplfirm.com
*Counsel for Plaintiff*

Andrew Joseph Guzzo
Surovell Isaacs Peterson & Levy PLC
4010 University Drive, Second Floor
Fairfax, VA 22030
Telephone: 703-251-5400
Facsimile: 703-541-9205
Email: aguzzo@siplfirm.com
*Counsel for Plaintiff*

Leonard Anthony Bennett
Consumer Litigation Associates
763 J, Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: lenbennett@cox.net
*Counsel for Plaintiff*

Susan Mary Rotkis
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: 757-930-3660
Facsimile: (757) 930-3662
Email: srotkis@clalegal.com
*Counsel for Plaintiff*

Michael Robert Ward
Morris & Morris PC
11 South 12th Street, 5th Floor
PO Box 30
Richmond, VA 23218
Telephone: (804) 344-8300
Facsimile: 804-344-8359
Email: mward@morrismorris.com
*Counsel for Trans Union, LLC*

John Willard Montgomery, Jr.
Montgomery & Simpson, LLLP
2116 Dabney Rd., Suite A-1
Richmond, VA 23230
Telephone: (804) 355-8744
Email: jmontgomery@jwm-law.com
*Counsel for Equifax Information Services, LLC*

Jeffrey Dean McMahan, Jr.
McGuireWoods LLP (Richmond)
One James Center
901 East Cary St
Richmond, VA 23219
Telephone: 804-775-1132
Facsimile: 804-775-1061
Email: jmcmahan@mcguirewoods.com
*Counsel for Bank of America, N.A.*

Robert William McFarland
McGuireWoods LLP
101 W Main St., Suite 9000
Norfolk, VA 23510-1655
Telephone: (757) 640-3700
Facsimile: (757) 640-3701
Email: rmcfarland@mcguirewoods.com
*Counsel for Bank of America, N.A.*

Brian Emory Pumphrey
McGuireWoods LLP
901 E Cary St.
Richmond, VA  23219-4030
Telephone: (804) 775-1000
Email: bpumphrey@mcguirewoods.com
*Counsel for Bank of America, N.A.*

        /s/ David N. Anthony
        David N. Anthony, Esq.
        Virginia State Bar No. 31696
        *Attorney for Defendant Experian Information Solutions, Inc.*
        TROUTMAN SANDERS, LLP
        1001 Haxall Point
        Richmond, Virginia 23219
        Telephone:  (804) 697-5410
        Facsimile:  (804) 698-5118
        E-mail:  david.anthony@troutmansanders.com

20067077v1