**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| STEVEN A. OREBAUGH, et al., ) | |
| ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 3:12-cv-335 |
| ) | |
| v. ) | |
| ) | |
| EQUIAX INFORMATION SERVICES, ) | |
| LLC, ET AL., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S CONSENT
TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

Defendant Equifax Information Services LLC, pursuant to Fed. R. Civ. P. 73, hereby files its Consent to Proceed Before a United States Magistrate Judge and states as follows:

Equifax Information Services, LLC hereby consents to proceed before a magistrate judge in this case.

This 14th day of August, 2012.

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Inc.
Montgomery & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Telephone (804) 355-8744
Facsimile (804) 355-8748
Email jmontgomery@jwm-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of August, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Kristi Cahoon Kelly, Esq. (VSB #72791)
Andrew J. Guzzo, Esq. (VSB #82170)
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
Phone:703-277-9774
Fax: 703-591-9285
Email: kkelly@siplfirm.com
Email: aguzzo@siplfirm.com

Leonard Anthony Bennett, Esq. (VSB #37523)
Susan M. Rotkis, Esq. (VSB #40693)
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: lenbennett@clalegal.com
Email: srotkis@clalegal.com

Brian E. Pumphrey (VSB #47312)
Jeffrey D. McMahan, Jr. (VSB #77067)
McGuireWoods, LLP
One James Center
901 East Cary Street
Richmond, VA 23219
Phone: (804) 775-1000
Fax: (804) 775-1061
bpumphrey@mcguirewoods.com
jmcmahan@mcguirewoods.com

Robert W. McFarland (VSB #24021)
McGuireWoods, LLP
9000 World Trade Center
Norfolk, VA 23510
Phone: (757) 640-3716
Fax: (757) 640-3966
mcfarland@mcguirewoods.com

Michael Robert Ward (VSB #41133)
Morris & Morris, PC
11 South 12th Street, 5th Floor
PO Box 30
Richmond, VA 23218
Phone: (804) 344-8300
Fax: (804) 344-8359
Email: mward@morrismorris.com

David N. Anthony, Esq. (VSB #31696)
Troutman Sanders, LLP
1001 Haxall Point
Richmond, VA 23219
Phone: (804) 697-5410
Fax: (804) 698-5118
Email: david.anthony@troutmansanders.com

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Inc.
Montgomery & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Telephone (804) 355-8744
Facsimile (804) 355-8748
Email jmontgomery@jwm-law.com