

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

STEVEN A. OREBAUGH,
et al.,

     Plaintiffs,

v.                        Civil Action No. 3:12cv335

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

     Defendants.

**ORDER**

It is hereby ORDERED that, upon consent of the parties, this action shall be REASSIGNED to Magistrate Judge David J. Novak for all purposes except settlement negotiations, which are hereby referred to Magistrate Judge M. Hannah Lauck. It is further ORDERED that the Initial Pretrial Conference scheduled on the undersigned's docket for 10:15 a.m. August 15, 2012 is cancelled.

The Clerk is directed to send a copy of this Order to Magistrate Judge Novak and Magistrate Judge Lauck.

It is so ORDERED.

                   /s/    REP
                 Robert E. Payne
                 Senior United States District Judge

Richmond, Virginia
Date: August 15, 2012