IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

STEVEN A. OREBAUGH and
ELIZABETH E. OREBAUGH,

    Plaintiffs,

v.                              Civil Action No: 3:12-cv-335

EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC., EQUIFAX INFORMATION
SERVICES, LLC., and BANK OF AMERICA, N.A.,

    Defendants.

### DISMISSAL ORDER

THIS DAY CAME the Plaintiffs, **STEVEN A. OREBAUGH and ELIZABETH E. OREBAUGH**, and the Defendant **EQUIFAX INFORMATION SERVICES, LLC.**, by counsel, and hereby moves the Court to dismiss with prejudice all claims against *Equifax Information Services, LLC.* in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is ORDERED, ADJUDGED, and DECREED that the Complaint only as to Defendant *Equifax Information Services, LLC* , is DISMISSED with prejudice.

Let the Clerk of the Court send copies of this Order to all counsel of record.

Entered this 5th day of November, 2012.

/S/
David J. Novak
United States Magistrate Judge

_____
JUDGE


RECEIVED NOV -2 2012

-2-

WE ASK FOR THIS:

_/s/_
_____
Leonard A. Bennett, Esquire
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: lenbennett@clalegal.com

*Counsel for Plaintiffs*


_/s/_
_____
John W. Montgomery, Jr.
Montgomery & Simpson, LLP
2116 Dabney Road
Suite A-1
Richmond, VA  23230
E-mail:  jmontgomery@jwm-law.com

*Counsel for Equifax Information Services, LLC*